# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00366-CV

### In re AYS Engineering, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator AYS Engineering, LLC has filed a petition for writ of mandamus complaining of the trial court's order denying its motion to dismiss that was based on Section 150.002 of the Texas Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 150.002 (addressing required certificate of merit when action for damages arises out of provision of professional services by licensed or registered professional). Relator also has filed a motion for temporary relief and stay.

"An order granting or denying a motion for dismissal is immediately appealable as an interlocutory order." *Id.* § 150.002(f). Thus, AYS Engineering, LLC has an adequate remedy by interlocutory appeal.[1] *See Walker v. Packer*, 827 S.W.2d 833, 840–42 (Tex. 1992). On this basis, we deny the petition for writ of mandamus and dismiss the motion for temporary relief as moot. *See* Tex. R. App. P. 52.8(a).

---

[1] AYS Engineering, LLC also has filed a notice of interlocutory appeal from the same order that it challenges in this original proceeding. That appeal remains pending under this Court's case number 03-26-00390-CV.

_____

Karin Crump, Justice

Before Justices Theofanis, Crump, and Ellis

Filed:   May 7, 2026